<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7957**

ABDUL-AZIZ RASHID MUHAMMAD,

    Plaintiff – Appellant,

  v.

HARLEY G. LAPPIN; HAROLD WATTS; K.M. WHITE; B. A. BLEDSOE; J. D. HILL; J. BUNTS; D. WILLIAMS; MARY BETH LICHTY; R. G. MCLEOD; J. BETLER; D. HEADY; STEVE HAMLING; P. BENDER; TERESA PUCKETT; DAVID BUCKINGHAM; ERICA MASTELLER-BORAM; R. PROFFITT, Lieutenant; DEBORAH LIVINGSTON, DHO; ALL UNKNOWN, unidentified individuals that may be determined during discovery; TRACY JONES, Nurse; JOHN DOE, JR., Desk Sergeant; JAKE DOE, Booking Officer; JANE DOE, #1 Nurse; JANE DOE, #2 Nurse; BETHANEY COX, Supervising Nurse; JOHNATHAN STEVENS, CMA; KIM DOE, Supervising Nurse; JOHN DOE, #2 Health Service Administrator; ANY OTHER UNKNOWN OFFICIALS,

    Defendants – Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert E. Maxwell, Senior District Judge.  (2:07-cv-00018-REM-JSK)

Submitted:  May 20, 2010    Decided:  May 25, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Abdul-Aziz Rashid Muhammad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul-Aziz Rashid Muhammad appeals the district court's order accepting the magistrate judge's recommendation and denying relief on Muhammad's complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. Lappin, No. 2:07-cv-00018-REM-JSK (N.D.W. Va. Sept. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED